**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HORNE, dba INTERNET PALACE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF HESPERIA, a California Charter City; DAVID RENO, an individual, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants.<br>_____ | No. EDCV 14-01891 VAP (KKx)<br><br>Hon. Virginia A. Phillips<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION;** |

///

1

After consideration of the parties' joint stipulation to dismiss Plaintiff's entire action, and with GOOD CAUSE SHOWING, the court GRANTS the stipulation of the parties.

**IT IS HEREBY ORDERED:**

1. The entire action and all parties are dismissed from this matter, with prejudice, with the parties to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: July 28, 2015

*Virginia A. Phillips*

Hon. Virginia A. Phillips
United States District Court Judge